UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>$205,940 IN UNITED STATES<br>CURRENCY SEIZED AT LOGAN<br>INTERNATIONAL AIRPORT,<br>EAST BOSTON, MASSACHUSETTS<br>    Defendant. | )<br>)<br>)  Civil Action No. 13-11542-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT AND MONITION

To:   The United States Marshal for the
      District of Massachusetts, or his Deputies

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property:

$205,940 in United States currency seized from Jessie Valdez Jr. at Logan International Airport, East Boston, Massachusetts on February 20, 2013 (the "Defendant Currency").

This Court has found probable cause for forfeiture of the Defendant Currency.

Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1)   Publishing notice of the United States' intent to forfeit the Defendant Currency via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2)   Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Jessie Valdez Jr.                    Ronnie Rae, Esq.
3848 E. Hampton Avenue               1403 West Broadway
Mesa, Arizona 85206                  Spokane, Washington 99201

Jessie Valdez Jr.
2334 E. Monte Vista Road
Phoenix, AZ 85006

1

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Currency in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Currency, or assert that the Defendant Currency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON MARY B. MURRANE, ASSISTANT U.S. ATTORNEY, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON MARY B. MURRANE, ASSISTANT U.S. ATTORNEY, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE

CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, 15 NEW SUDBURY STREET, JFK BUILDING, ROOM E-400, BOSTON, MASSACHUSETTS 02203.

Robert M. Farrell, Acting Clerk
U.S. District Court

By: _____
Deputy Clerk

Date: _June 28_, 2013

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: _June 28_, 2013

3